# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEI LI, AN INDIVIDUAL,
     Appellant,

vs.

GANDALF VENTURES, LLC, A
DOMESTIC CORPORATION, D/B/A
SYNERGY SOTHEBY'S
INTERNATIONAL REALITY; ELISA
CAROTHERS, AN INDIVIDUAL; DON
KUHL, AN INDIVIDUAL; AND MARY
TATE, AN INDIVIDUAL,
     Respondents.

No. 79890

FILED

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
 DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge. Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because appellant's claims against Mary Tate remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). It also does not appear that any other statute or court rule provides for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this

19-49819

court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____Pickering_____, J.
　　　　　　　　Pickering

_____, J.　　　　　　　_____, J.
Parraguirre　　　　　　　　　　　Cadish

cc:　Hon. Mary Kay Holthus, District Judge
　　　Lei Li
　　　David J. Winterton & Associates, Ltd.
　　　Eighth District Court Clerk

---

[1]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment.